**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Robert E. Blackburn, Judge**

Civil Case No. 04-CV-01673-REB-OES

STEVE WALKER,

    Plaintiff,

v.

LORI POLLOCK, and
LANI POLLOCK,

    Defendants.

**ORDER DENYING DEFENDANTS' MOTION TO ALTER OR AMEND
ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**Blackburn, J.**

The matter before me is Defendants' Motion to Alter or Amend Order Denying Defendants' Motion for Summary Judgment [#63], filed June 30, 2005. By their motion, defendants reiterate the same arguments proffered in their original motion for summary judgment.[1] However, "'a party's failure to present his strongest case in the first instance does not entitle him to a second chance in the form of a motion to amend.'" ***All West Pet Supply Co. v. Hills' Pet Products Division, Colgate-Palmolive Co.***, 847 F.Supp. 858, 860 (D. Kan. 1994) (citation omitted); ***see also Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) ("[A motion for reconsideration] is not appropriate to revisit issues already addressed or advance

---

[1] Moreover, and contrary to defendants' implication, I did not misapprehend the nature of the underlying transaction in this case. I simply disagreed with them that, under applicable law, that transaction entitled them to file a notice of *lis pendens* against plaintiff's property.

arguments that could have been raised in prior briefing."). Defendants have done no more here.

**THEREFORE, IT IS ORDERED** that Defendants' Motion to Alter or Amend Order Denying Defendants' Motion for Summary Judgment [#63], filed June 30, 2005, is **DENIED**.

Dated July 27, 2005, at Denver, Colorado.

> BY THE COURT:
>
> s/ Robert E. Blackburn
> Robert E. Blackburn
> United States District Judge