IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     04-cv-01673-REB-OES

STEVE WALKER,

Plaintiff(s),

vs.

LORI POLLOCK and
LANI POLLOCK,

Defendant(s).

ORDER DENYING DEFENDANTS'
MOTION TO STRIKE AND PRECLUDE PLAINTIFF'S WITNESSES

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 14, 2005

Defendants have filed a motion in which they ask me to strike three of plaintiff's witnesses: )1) James Otis, Jr., (2) George Harris, and (3) Michael Cooper.  According to defendants, they first learned of the identities of these three witnesses in plaintiff's Rule 26 disclosures, but they first learned in the pretrial order that plaintiff intended to call these witnesses to testify as to "the adverse impact on potential sale of pending litigation involving [plaintiff's] property."  They argue that they will prejudiced if this testimony is allowed because discovery is closed, and trial, at this point, is just one month away.

Plaintiff responds by pointing out that the pretrial order was entered on June 28, 2005.  Defendants knew as of that date that plaintiff intended to call the three witnesses for the purpose that was provided there.  Thus, whether plaintiff had provided the information about the basis for their testimony in a Rule 26 supplement, or whether

plaintiff provided the information in the pretrial order is inconsequential.

## DISCUSSION

I agree with plaintiff.  Defendants knew as of June 28 that plaintiff intended to call the three witnesses to testify about the adverse impact of the lis pendens and the litigation between the parties in regard to any prospect for sale.  Defendants did not file their motion to strike until almost three months later.  I conclude that defendants did not proceed with due diligence.

Nevertheless, I can balance the interests of the parties, and ameliorate any prejudice to defendants, by allowing defendants to conduct depositions of these witnesses.  I will set a deadline for these depositions, but the parties may conduct them in any manner they choose – whether in person, by telephone or by video.

## ORDER

It is therefore ORDERED as follows:

1. Defendants Motion to Strike and Preclude Plaintiff's Witnesses Not Previously Disclosed [Doc. 82, filed September 29, 2005] is DENIED.

2. Defendants shall be allowed to depose the three witnesses by no later than November 1, 2005.  Counsel are directed to meet and confer immediately in an effort to

arrange suitable dates, places and means.  In the event the lawyers are unable to agree, they should arrange a telephone conference with me.

Dated at Denver, Colorado, this day of:  October 14, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____

O. Edward Schlatter
United States Magistrate Judge