IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      04-cv-01673-REB-OES

STEVE WALKER,

Plaintiff(s),

vs.

LORI POLLOCK and
LANI POLLOCK,

Defendant(s).

## ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 7, 2005

    THIS MATTER, coming on before the Court upon the Motion To Withdraw By Counsel For Pollock Petitioners by Kaluk and Burg, LLP, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED, that Kaluk and Burg, LLP, counsel of record, be permitted to withdraw as counsel for Lori Pollock and Lani Pollock in the above captioned case.

    Dated at Denver, Colorado, this day of:  November 7, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge