**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 04-cv-1673-REB-OES

STEVE WALKER,

    Plaintiff,

v.

LORI POLLOCK, and
LANI POLLOCK,

    Defendants.

---

MINUTE ORDER

---

On November 7, 2005, the parties filed a **Notice of Settlement and Stipulated Motion to Vacate Trial Date** [#100].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that the parties shall have until November 28, 2005, in which to file the stipulation for dismissal with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Notice of Settlement and Stipulated Motion to Vacate Trial Date** [#100], filed November 7, 2005, is **GRANTED**;

    2.  That the Trial Preparation Conference set for November 10, 2005, is **VACATED**;

    3.  That the trial to the court set to commence November 14, 2005, is **VACATED**; and

    4.  That the parties shall have until **November 28, 2005**, in which to submit their dismissal documents.

Dated:  November 8, 2005
-----------------------------------------------------------------------------------------------------------------