IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01673-REB-OES

STEVE WALKER,

Plaintiff,

v.

LORI POLLOCK and
LANI POLLOCK,

Defendants.

_____

## ORDER OF DISMISSAL
_____

**Blackburn, J.**

On December 9, 2005, the parties filed a **Stipulated Motion for Dismissal With Prejudice** [#108].  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion for Dismissal With Prejudice** [#108], filed December 9, 2005, is **GRANTED**;

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for November 8, 2005, is **VACATED**;

4. That the trial to court set to commence November 8, 2005, is **VACATED**; and

-2-

5. That any pending motion is **DENIED** as moot.

Dated December 12, 2005, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Robert E. Blackburn  
                                    Robert E. Blackburn  
                                    United States District Judge